IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENNETH A. THOMAS MD, LLC** a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>**MEDCOM MEDICAL MESSAGING, INC.**, an Indiana corporation, **PHYSICIANS ANSWERING GROUP EXCHANGE, INC.,** an Indiana corporation,<br><br>   *Defendants.* | Case No. 3:22-cv-00923-SVN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kenneth A. Thomas MD, LLC hereby provides notice of the dismissal of this action without prejudice. Each party shall bear its own fees and costs.

Dated: November 2, 2022    By: /s/ *Jason R. J. Campbell*

                Jason R. J. Campbell, Esq.
                Charlestown Law Group
                The Schrafft Center Power House
                529 Main Street, Suite P200
                Charlestown, Massachusetts 02129
                (617) 872-8652
                jcampbell@charlestownlawgroup.com